1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   HOMEWARD RESIDENTIAL, INC.,          Case No.  15-mc-80287-DMR

8                Plaintiff,              **ORDER GRANTING THE REQUEST**
                                         **OF THE PARTIES AND MR. SAMPATH**
9        v.                              **TO TRANSFER SUBPOENA-RELATED**
                                         **MOTION TO ISSUING COURT**
10  SAND CANYON CORPORATION,

11              Defendant.               Re: Dkt. No. 6

12          The parties and third-party Mr. Athreya Sampath have filed a joint discovery letter [Docket

13  No. 6] requesting that the court transfer Plaintiff's and Mr. Sampath's Motion to Quash

14  Defendant's deposition subpoena to Mr. Athreya Sampath to the issuing court, the United States

15  District Court for the Southern District of New York, pursuant to Federal Rule of Civil Procedure

16  45(f).  Federal Rule of Civil Procedure 45(f) provides that "[w]hen the court where compliance is

17  required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if

18  the person subject to the subpoena consents."  Mr. Sampath, the subject of the subpoena, and all

19  parties to the litigation have consented to and requested the transfer of the motion to quash from

20  this court to the issuing court.

21          The request of the parties and Mr. Sampath is granted.  Sand Canyon's and Mr. Sampath's

22  Motion to Quash Homeward's deposition subpoena is hereby transferred to the United States

23  District Court for the Southern District of New York pursuant to Federal Rule of Civil Procedure

24  45(f).  To accomplish this transfer, Plaintiff and Mr. Sampath are directed to file their Motion to

25  Quash the Subpoena to Mr. Sampath in the existing underlying case in the United States District

26  Court for the Southern District of New York.  The clerk is hereby ordered to close this case.

27

28

United States District Court
Northern District of California

1          **IT IS SO ORDERED.**

2     Dated: December 11, 2015

3                                                    _____

4                                                         Donna M. Ryu
                                                    United States Magistrate Judge

United States District Court
Northern District of California